# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-798
_____

NICHOLAS MALLIS,

   Appellant,

   v.

PALERMO AT THE COLONY
CONDOMINIUM ASSOCIATION,
INC. and REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION,

   Appellees.

_____

On appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

January 16, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Nicholas Mallis, pro se, Appellant.

Katie E. Sabo of the Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.